# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| MIGUEL RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00268-DCG |
| | ) | |
| US FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Miguel Rivera and Defendant US Foods, Inc. hereby agree to the dismissal of this case with prejudice. Each party shall bear his and its own attorney's fees and costs.

**AGREED TO BY:**

| | |
|---|---|
| MIGUEL RIVERA | US FOODS, INC. |
| /s/ *Michael R. Anderson* | /s/ *Sharilee K. Smentek* |
| Enrique Chavez, Jr. | Kyle A. Petersen (admitted *pro hac vice*) |
| Texas Bar No. 24001873 | Sharilee K. Smentek (admitted *pro hac vice*) |
| Michael R. Anderson | SEYFARTH SHAW LLP |
| Texas Bar No. 24087103 | 233 South Wacker Drive, Suite 8000 |
| Christine A. Chavez | Chicago, Illinois 60606 |
| Texas Bar No. 24109717 | Telephone: (312) 460-5000 |
| CHAVEZ LAW FIRM | Facsimile: (312) 460-7000 |
| 2101 Stanton Street | kpetersen@seyfarth.com |
| El Paso, Texas 79902 | ssmentek@seyfarth.com |
| Telephone: (915) 351-7772 | Esteban Shardonofsky |
| Facsimile: (915) 351-7773 | Texas Bar No. 24051323 |
| enriquechavezjr@chavezlawpc.com | SEYFARTH SHAW LLP |
| manderson@chavezlawpc.com | 700 Milam Street, Suite 1400 |
| cachavez@chavezlawpc.com | Houston, Texas 77002 |
| | Telephone: (713) 255-2300 |
| **Attorneys for Plaintiff Miguel Rivera** | Facsimile: (713) 225-2340 |
| | sshardonofsky@seyfarth.com |
| | **Attorneys for Defendant US Foods, Inc.** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served using the Court's CM/ECF method, and that a copy of the foregoing was served on all counsel of record, as listed below, via the Court's CM/ECF, on this the 25th day of May 2021.

Enrique Chavez, Jr.
Michael R. Anderson
Christine A. Chavez
CHAVEZ LAW FIRM
2101 Stanton Street
El Paso, Texas 79902
enriquechavezjr@chavezlawpc.com
manderson@chavezlawpc.com
cachavez@chavezlawpc.com

/s/ *Sharilee K. Smentek*