**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MIGUEL RIVERA**, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | EP-20-CV-00268-DCG |
| **US FOODS, INC.**, | § § | |
| *Defendant*. | § § | |

### ORDER DISMISSING CASE

In view of the parties' "Stipulation for Dismissal" (ECF No. 15) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff in this action against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this __26th__ day of May 2021.

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**